**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CARRIEANN LEE TURKO | : | Civil No. 1:25-CV-01647 |
| Plaintiff, | : | |
| v. | : | |
| FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

**ORDER**

**AND NOW**, on this 10th day of August, 2026, in accordance with the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1) The report and recommendation, Doc. 19, is **ADOPTED**.

2) The decision of the Commissioner of Social Security is **VACATED** and this matter is **REMANDED** to the Commissioner to conduct a new hearing consistent with the report and recommendation, Doc. 19.

3) The Clerk of Court is directed to close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania